*E-filed 7/20/06*

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant Ramon Perez-Iniguez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00496 HRL |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE TO PERMIT** |
| ) | **TRAVEL TO CERTAIN COUNTIES IN** |
| RAMON PEREZ-INIGUEZ, ) | **THE EASTERN DISTRICT OF** |
| ) | **CALIFORNIA** |
| Defendant. ) | |
| _____ ) | |

With permission from Officer Jaime Carranza of Pretrial Services, defendant and the government through their respective counsel, Assistant Federal Public Defender Angela Hansen and Assistant U.S. Attorney Susan Knight and Law Clerk Brian Rodkey, hereby agree and stipulate that the conditions of release previously set by the Court on June 15, 2006, should be modified to permit Mr. Perez-Iniguez, to travel to the following counties in the Eastern District of California: San Joaquin, Stanislaus, Merced, Madera, Fresno, Kings and Tulare counties.

It is further stipulated that all other conditions of release shall remain in full force and effect.

1  Dated: July 20, 2006                               /S/
                                        ANGELA M. HANSEN
2                                       Assistant Federal Public Defender

3

4  Dated: July 20, 2006                               /S/
                                        BRIAN RODKEY
5                                       Law Clerk
                                        SUSAN KNIGHT
6                                       Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00496 HRL |
| ) | |
| Plaintiff, ) | **[PROPOSED]** **ORDER MODIFYING** |
| ) | **CONDITIONS OF PRETRIAL RELEASE** |
| vs. ) | **TO PERMIT TRAVEL TO CERTAIN** |
| ) | **COUNTIES IN THE EASTERN** |
| RAMON PEREZ-INIGUEZ, ) | **DISTRICT OF CALIFORNIA** |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on June 15, 2006 are hereby modified to permit defendant, Ramon Perez-Iniguez, to travel to the following counties in the Eastern District of California: San Joaquin, Stanislaus, Merced, Madera, Fresno, Kings and Tulare counties.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: July 20, 2006          _____
                              HOWARD R. LLOYD
                              United States Magistrate Judge

3

1  Distribute to:

2
   Ms. Angela M. Hansen
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Ms. Susan Knight
6  Assistant United States Attorney
   Brian Rodkey
7  Law Clerk
   150 Almaden Blvd., Suite 900
8  San Jose, CA 95113
   Counsel for the United States
9
   Mr. Jaime Carranza
10 Officer in Charge
   U.S. Pretrial Services
11 280 S. First Street, First Floor
   San Jose, CA 95113
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26