FILED

AUG - 3 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )    No. CR 06-00496 HRL
                                         )
                    Plaintiff,           )    [PROPOSED] ORDER EXONERATING
                                         )    BOND
vs.                                      )
                                         )
RAMON PEREZ-INIGUEZ,                     )
                                         )
                    Defendant.           )
_____)

To:     Richard W. Wieking, Clerk of the Court

        It is hereby ordered that the bond in this case is exonerated and the Clerk of the United

States District Court for the Northern District of California shall return to the defendant, Ramon

Perez-Iniguez, who resides at 10820 6th Street in Gilroy, California 95020, the passport that he

posted with the Clerk of the Court as a condition of his pre-trial release.

Dated: August 3, 2006

_____
HOWARD R. LLOYD
United States Magistrate Judge